UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SELIM STRUGA,

        Defendant.
_____ /

No. 11-51540

District Judge Gerald E. Rosen

Magistrate Judge R. Steven Whalen

**ORDER**

For the reasons stated on the record on March 15, 2016, Defendant Selim Struga's motion for leave to file *pro se* motions [Doc. #74] is GRANTED.

Defendant's motion requesting discovery [Doc. #72] is DENIED.

IT IS SO ORDERED.

                                      s/ R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 15, 2016, electronically and/or by U.S. mail.

                                      s/Carolyn M. Ciesla
                                      Case Manager to the
                                      Honorable R. Steven Whalen