UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 11-51540

District Judge Gerald E. Rosen

vs.

Magistrate Judge R. Steven Whalen

SELIM STRUGA,

        Defendant.
_____ /

## ORDER

For the reasons stated on the record on March 15, 2016, Defendant Selim Struga's motion to remove counsel/request for a new defense attorney [Doc. #75] is DENIED.

However, Mr. Struga is granted leave to file *pro se* pleadings in addition to any pleadings that his attorney files.

IT IS SO ORDERED.

                                          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 15, 2016, electronically and/or by U.S. mail.

                                              s/Carolyn M. Ciesla
                                              Case Manager to the
                                              Honorable R. Steven Whalen